# UNITED STATES DISTRICT COURT

### for the

Northern District of Indiana ☑

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:26-cr-39 |
| BORKO STANKOVIC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   BORKO STANKOVIC                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18:1343 WIRE FRAUD

Date:    03/18/2026                                     s/Chanda J Berta (nhc)
                                                 _Issuing officer's signature_

City and state:    Hammond, IN                          Chanda J Berta, Clerk
                                                   _Printed name and title_

---

### Return

This warrant was received on _(date)_ 3/18/26, and the person was arrested on _(date)_ 3/25/26
at _(city and state)_ Portage IN.

Date: 3/25/26                            _____
                                              _Arresting officer's signature_

                                         DUSM Kenneth Hausma
                                              _Printed name and title_