UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:26-CR-39 |
| | ) | |
| BORKO STANKOVIC | ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

Comes now, the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Kevin F. Wolff, Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 853(p), and 28 U.S.C. § 2461(c), including a money judgment representing the amount of proceeds obtained as a result of the offenses. The United States hereby gives notice that the United States is seeking forfeiture of the following property: a personal money judgment against the defendant in the amount of $324,631.96.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

*/s/ Kevin F. Wolff*

By: Kevin F. Wolff
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
Telephone: (219) 957-5500
Email: kevin.wolff@usdoj.gov